NUMBER 13-04-456-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

ROBERTO SOLIS, Appellant,


v.



THE STATE OF TEXAS, Appellee. 

_____________________________________________________________


On appeal from the 404th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam


 Appellant, Roberto Solis, attempted to appeal an order issued by the trial court on
August 3, 2004. On September 2, 2004, the Clerk of this Court notified appellant that it
appeared that the order from which the appeal was taken was not an appealable order,
and requested correction of this defect within ten days or the appeal would be dismissed. 
Appellant has failed to respond to the Court's directive. 

 Based on the Court's review of a companion appeal, Roberto Solis v. The State of
Texas, Cause No. 13-03-00262-CR, 2006 Tex. App. LEXIS 6216, *1-*19 (Tex.
App.-Corpus Christi Jul. 20, 2006, no pet.)(not designated for publication), the matter
subject to appeal herein has already been addressed.

 Accordingly, the appeal is DISMISSED. 


 PER CURIAM

Do not publish. 

See Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered 

and filed this the 27th day of March, 2008.